# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| Morning session: | Afternoon session: |
|---|---|
| Set: 9:30 AM (AST) | Set: 1:50 PM (AST) |
| Started: 9:42 AM (AST) | Started: 1:53 PM (AST) |
| Ended: 12:28 PM (AST) | Ended: 5:00 PM (AST) |

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**    DATE: March 7, 2024
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker / Steve Greenblum

---

In Re:

The Financial Oversight and Management    3:17-BK-3283 (LTS)
Board for Puerto Rico

*as representative of*

The Commonwealth of Puerto Rico, *et al.*,    PROMESA Title III
Debtors

(Jointly Administered)

---

In Re:

The Financial Oversight and Management Board    3:17-BK-4780 (LTS)
for Puerto Rico

*as representative of*    PROMESA Title III

Puerto Rico Electric Power Authority,
Debtor    (Jointly Administered)

---

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS)
4th day of Confirmation Hearing – March 7, 2024

**4th day of PREPA Confirmation Hearing held.**

The agenda was filed at Docket No. 26824 in 17-3283 and at Docket No. 4955 in 17-4780.

I. **CONFIRMATION MATTERS**

1. Plan of Adjustment of the Puerto Rico Electric Power Authority

    a. Title III Plan of Adjustment of the Puerto Rico Electric Power Authority [Case No. 17-3283, ECF No. 26561; Case No. 17-4780, ECF No. 4680]

Further cross-examination of David Skeel by:
- Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (SREAEE)
- PV Properties, Windmar, and Instituto de Competitividad Y Sostenibilidad Económica de Puerto Rico (ICSE)

Redirect.

The Financial Oversight Board (FOMB) submitted the following declarations as direct testimony:

- Robert Mujica, Jr. [Case No. 17-4780, ECF No. 4654-2]
    - Cross-examination by:
        - GoldenTree

- Sheva R. Levy [Case No. 17-4780, ECF No. 4634]
    - Cross-examination by:
        - PREPA Ad Hoc Group
        - SREAEE
    - Redirect.

- William P. Zarakas [Case No. 17-4780; ECF No. 4642]
    - Counsel for FOMB informed of last-minute corrections made to paragraphs 71 and 87 of Mr. Zarakas' declaration.
        - Corrections were read into the record.
        - The declaration was admitted as corrected.
        - FOMB was ordered to file a corrected version.
    - Cross-examination by:
        - Assured Guaranty Corp., Assured Guaranty Municipal Corp.
        - PV Properties, Windmar, and ICSE
    - Redirect.

- David Brownstein [Case No. 17-4780; ECF No. 4839-3]
    - Cross-examination by:

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS)
4th day of Confirmation Hearing – March 7, 2024

- Assured

**Further Confirmation Hearing set for March 8, 2024, at 9:30 AM (AST).**

<u>s/Carmen Tacoronte</u>
Carmen Tacoronte
PROMESA Case Administrator