# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Morning session: | Afternoon session: |
| Set: 9:30 AM (AST) | Set: 1:50 PM (AST) |
| Started: 9:33 AM (AST) | Started: 1:55 PM (AST) |
| Ended: 12:28 PM (AST) | Ended: 4:56 PM (AST) |

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**       DATE: March 8, 2024
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker / Steve Greenblum

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

The Commonwealth of Puerto Rico, *et al.*, Debtors

3:17-BK-3283 (LTS)

PROMESA Title III

(Jointly Administered)

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

Puerto Rico Electric Power Authority, Debtor

3:17-BK-4780 (LTS)

PROMESA Title III

(Jointly Administered)

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS)
5th day of Confirmation Hearing – March 8, 2024

**5th day of PREPA Confirmation Hearing held.**

The agenda was filed at Docket No. 26824 in 17-3283 and at Docket No. 4955 in 17-4780.

I. **CONFIRMATION MATTERS**

1. Plan of Adjustment of the Puerto Rico Electric Power Authority

    a. Title III Plan of Adjustment of the Puerto Rico Electric Power Authority [Case No. 17-3283, ECF No. 26561; Case No. 17-4780, ECF No. 4680]

Further cross-examination of David Brownstein by:
- Assured

Redirect by FOMB.

The Financial Oversight Board (FOMB) submitted the following declarations as direct testimony[i]:

- Ojas Shah [Case No. 17-4780, ECF No. 4637]
    - Cross-examination by:
        - Assured
    - Redirect:
        - FOMB
        - UCC

- Glenn George [Case No. 17-3283, ECF No. 26500; Case No. 17-4780, ECF No. 4633]
    - Cross-examination by:
        - Assured
        - PV Properties, ISCE and Windmar

**Further Confirmation Hearing set for March 11, 2024, at 9:30 AM (AST).**

<u>s/Carmen Tacoronte</u>
Carmen Tacoronte
PROMESA Case Administrator

---

[i]