UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                    No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                (Jointly Administered)
et al.,

        Debtors.[1]

----------------------------------------------------------x

ORDER AMENDING ALTERNATIVE DISPUTE RESOLUTION PROCEDURES

      The *Amended Alternative Dispute Resolution Procedures* (Docket Entry No. 23113-1 in Case 17-3283) (the "ADR Procedures") is hereby amended to add provisions related to the litigation of unresolved claims before the Title III court and correct non-substantive, typographical errors. The Second Amended and Restated Alternative Dispute Resolution Procedures is attached to this Order as Exhibit A. The Debtors' Alternative Dispute Resolution Notice, which is not amended by this Order, is attached as Exhibit 1 to the Second Amended and Restated Alternative Dispute Resolution Procedures. A redline reflecting the changes to the ADR Procedures is attached to this Order as Exhibit B.

      SO ORDERED.

Dated: September 20, 2024

                             /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                            United States District Judge

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).