In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Seventeenth - Twenty-First Fee Period INTERIM FEE Applications for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | ***Seventeenth Interim Fee Period (October 1, 2022 - January 31, 2023)*** | | | | | | | | |
| | *Counsel to PREPA* | | | | | | | | |
| 1 | **King & Spalding LLP [Dkt. No. 23814 and 17-4780 Dkt. No. 3338]** | 4/1/2022 - 1/31/2023 | $ 2,434,294.90 | $ 121,533.74 | $ 1,079.05 | $ - | | $ 2,312,761.16 | $ 1,079.05 |
| | ***Eighteenth Interim Fee Period (February 1, 2023 - May 31, 2023)*** | | | | | | | | |
| | *Counsel to PREPA* | | | | | | | | |
| 2 | **King & Spalding LLP [Dkt. No. 24742 and 17-4780 Dkt. No. 3850]** | 2/1/2023 - 5/31/2023 | $ 1,052,470.80 | $ 52,545.28 | $ - | $ - | | $ 999,925.52 | $ - |
| | ***Nineteenth Interim Fee Period (June 1, 2023 - September 30, 2023)*** | | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 3 | **Citigroup Global Markets Inc. [Dkt. No. 27539]** | 6/1/2023 - 9/30/2023 | $ 5,340,000.00 | $ - | $ 9,505.80 | $ - | | $ 5,340,000.00 | $ 9,505.80 |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | | |
| 4 | **Marini Pietrantoni Muniz LLC [17-4780 Dkt. No. 5310]** | 6/1/2023 - 10/31/2023 | $ 52,287.00 | $ 167.00 | $ 1,370.40 | $ - | | $ 52,120.00 | $ 1,370.40 |
| | ***Twentieth Interim Fee Period (October 1, 2023 - January 31, 2024)*** | | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 5-a | **Citigroup Global Markets Inc. [Dkt. No. 27540]** | 10/1/2023 - 1/31/2024 | $ 2,395,000.00 | $ - | $ 83,516.10 | $ 77,687.10 | | $ 2,395,000.00 | $ 5,829.00 |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 5-b | **Citigroup Global Markets Inc. [Dkt. No. 27541]** | HTA Transaction Fee | $ 2,150,000.00 | $ - | $ - | $ - | | $ 2,150,000.00 | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 6 | **London Economics International LLC [Dkt. No. 26980]** | 10/1/2023 - 1/31/2024 | $ 560,089.50 | $ 3,299.00 | $ 10,473.68 | $ - | | $ 556,790.50 | $ 10,473.68 |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | | |
| 7 | **Marini Pietrantoni Muniz LLC [17-4780 Dkt. No. 5318]** | 11/1/2023 - 2/29/2024 | $ 63,331.50 | $ 142.50 | $ 1,250.00 | $ - | | $ 63,189.00 | $ 1,250.00 |
| | ***Twenty-First Interim Fee Period (February 1, 2024 - May 31, 2024)*** | | | | | | | | |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 8 | **London Economics International LLC [Dkt. No. 27769]** | 2/1/2024 - 5/31/2024 | $ 123,781.00 | $ - | $ 2,314.70 | $ - | | $ 123,781.00 | $ 2,314.70 |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | | |
| 9 | **Marini Pietrantoni Muniz LLC [17-4780 Dkt. No. 5319]** | 3/1/2024 - 6/30/2024 | $ 42,715.00 | $ 157.00 | $ - | $ - | | $ 42,558.00 | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 10 | **Zolfo Cooper, LLC [Dkt. No. 27770]** | 2/1/2024 - 5/31/2024 | $ 299,119.00 | $ 3,359.81 | $ - | $ - | FN1 | $ 295,759.19 | $ - |

**FN1** - The Fee Examiner recommends that the foregoing stipulated fee reductions ($3,359.81) be included with the agreed overall 20 percent reduction in total fees sought by Zolfo Cooper, LLC as part of its final fee application, which fee application is subject to Court approval.

31440901.1

as of 10/31/2024