In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL FEE Application for Approval:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Actuaries and Consultants to the Official Committee of Retired Employees* | | | | | | | | |
| 1 | **Segal Consulting [Dkt. No. 26786]** | 6/27/2017 - 11/20/2023 | $ 3,396,837.07 | $ (8,979.00) | $ 26,277.99 | $ - | FN2 | $ 3,405,816.07 | $ 26,277.99 |

**FN2** - Segal recorded fees through February 28, 2024, rather than November 20, 2023, as noted in the application, which resulted in an additional $8,979.00 of fees. The amount of fees requested in the body of the application, $3,372,609.74, was less than the amount stated on the Final Application's coversheet, $3,396,837.07.