UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF IMPASSE REGARDING CERTAIN
PROOFS OF CLAIM ASSERTING *FRANCES CARLO ET AL. V. COLONEL JOSE L. CALDERO ET AL.*, NO. 3:16-CV-02867 (D.P.R)**

To the Honorable United States District Judge Laura Taylor Swain:

      1.      On April 1, 2020, this Court entered the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12576], which was subsequently amended by *Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (v) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations). On October 30, 2024, the Title III case for the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) was closed.

*Resolution Procedures* [ECF No. 23113] and further amended by *Order Amending Alternative Dispute Resolution Procedures* [ECF No. 28125] (the "ADR Order").

2. The ADR Order authorizes the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve claims using the procedures approved by the court in the ADR Order [ECF No. 23113-1] ("ADR Procedures").

3. Pursuant to the ADR Order, the Debtors transferred certain proofs of claim asserting damages associated with the claims and causes of action alleged in the litigation captioned *Frances Carlo et al. v. Colonel Jose L. Caldero et al.*, No. 3:16-Cv-02867 (D.P.R) (the "Claims"), listed on Exhibit A attached hereto, into the ADR Procedures through the *Thirty-Fifth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 25015], filed on October 24, 2023.

4. In accordance with the Offer Exchange Procedures,[2] the Debtors served upon the claimants associated with the Claims (the "Claimants" and together with the Debtors, the "Parties") ADR Notices containing confidential offers of settlement (the "Offer"). The ADR Notices permitted the Claimants to designate whether they accepted the Offers, rejected the Offers, or submitted a counteroffer. The Claimants responded by rejecting the Offers.

5. Accordingly, having been unable to reach a consensual resolution regarding the

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the ADR Procedures.

Claims and in compliance with the ADR Procedures, the Debtors submit this *Notice of Impasse* to notify the Court that the Claims are ready to proceed to Evaluative Mediation, as set forth in Section 3 of the ADR Procedures. Further, because the Claims all assert the same claims and causes of action alleged in the litigation and are represented by the same counsel, the Debtors believe it would be most efficient for the Claims to be referred to the same mediator and for the Evaluative Mediation to proceed on a consolidated basis with respect to all Claims.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 10, 2025
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*

Martin J. Bienenstock
Brian S. Rosen
Ehud Barak
Paul V. Possinger
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
       brosen@proskauer.com
       ebarak@proskauer.com
       ppossinger@proskauer.com

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: Hermann.bauer@oneillborges.com

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

## EXHIBIT A

Case:17-03283-LTS Doc#:28986 Filed:03/10/25 Entered:03/10/25 11:53:15 Desc: Main
Document Page 5 of 13

**EXHIBIT A**

| Claim No. | Claimant Name |
|---|---|
| 165951 | GONZALEZ ROSARIO, FERNANDO L. |
| 45963 | ALGARIN GARCIA, FERNANDO |
| 45965 | VELAZGUEZ WEBB, JOSEPH A. |
| 45966 | RIVERA SANTIAGO , PABLO |
| 45967 | PINEO GONZALEZ , ANTONIO |
| 45969 | FIGUEROA DAVILA, ERNESTO |
| 45981 | BELEN CASTRO, SYLVIA |
| 45991 | VELEZ ALVAREZ, HECTOR M |
| 45998 | ACEVEDO MENDEZ, RAUL |
| 46000 | MARTINEZ MORALEZ, HECTOR L. |
| 46002 | MELEUDEZ HERNANEZ, JOSE A. |
| 46007 | MATINEZ RAMIREZ, GUALBERTO |
| 46037 | ARROYO CANDELARIO, JORGE |
| 46065 | ORTIZ REYES, PEDRO |
| 46106 | BAEZ TORRES, ARESENIO |
| 46114 | PEREZ LUGO , SANTOS |

| Claim No. | Claimant Name |
|---|---|
| 46120 | VELEZ AROCHO, GERARDO |
| 47610 | GONZALEZ DELVALLE, OLGA G |
| 47740 | CORTEZ CABAN, VICTOR |
| 47904 | MORALES CARDONA, MANUEL |
| 50253 | PACHECO MUNIZ, EDNA |
| 50322 | GONZALEZ VELEZQUEZ, AURELIO |
| 50475 | MEDINA MANTILLA, GUILLERMO |
| 50996 | RIVERA PRINCIPE, JOSUE CALEB |
| 51179 | HIGHLY, STELLA |
| 51427 | TORRES, MILAGROS SANTIAGO |
| 51937 | SANTIAGO CALDERO, LUIS A. |
| 52409 | CARABALLO TERRES, OSCAR E. |
| 54548 | LOPEZ PAGAS, JOSE R. |
| 54856 | MIRANDA GARCIA, JOSUE |
| 54866 | CRUZ MORALES, MIGUEL A. |
| 55154 | SOTO SERRANO, JUAN M. |

2

| Claim No. | Claimant Name |
|---|---|
| 55372 | ESTREMERA LISTERA, VICTOR M. |
| 55958 | VALEZ FIGUEROA, CARLOS E. |
| 56144 | MALAVE, ANGEL F |
| 56190 | VAZQUEZ ORTIZ, EDGAR ADOLFO |
| 56359 | REYES RODRIGUEZ, JOSE R. |
| 57599 | VARGAS, EDWIN GORDILLO |
| 57636 | PERAZA AYALA, ANGEL |
| 57645 | CARRILLO FLORES, MARIBEL |
| 57683 | ORTIZ PASTRANA, EDWIN |
| 58143 | VELEZ MONTALVO, WALDY |
| 58327 | RAMOS, EMILY |
| 58348 | GONZALEZ ROLDAN, JOSE A |
| 58414 | RODRIGUEZ SOTO, ROBUSTINO |
| 58623 | ALLEN RODRIGUEZ, HERIBERTO |
| 58629 | CARLO, FRANCES |
| 58640 | HERNANDEZ SANCHEZ, DAVID |

| Claim No. | Claimant Name |
|---|---|
| 58643 | GARNETT FOJO, AARON I |
| 58648 | LOPEZ DELGADO, OBDULIO |
| 58649 | SANTIAGO NOSADO, FELIX |
| 58652 | TORRES LOPEZ, MANUEL E. |
| 58662 | ALVEREZ, NAYDA C. |
| 58716 | DOMINGUEZ COLON, ANTHONY |
| 58719 | RIVERA COLON, ANGEL |
| 58723 | AREVALO ECHEVARIA, JOSE F. |
| 58725 | LEBRON DUARTE, ANTOLINO |
| 58732 | LOPEZ, JOEL |
| 58735 | RAMOS RIVERA , CARLOS JOSE |
| 58738 | VELEZ VERA, JEANMARIE |
| 58784 | VILLALONGO RIVERA, CAROLOS J |
| 58790 | SANTIAGO ORTIZ, ALEJANDRO |
| 58794 | BONILLA, RICARDO |
| 58798 | RIVERA, SANTOS WALKER |

| Claim No. | Claimant Name |
|---|---|
| 58808 | DE VALLE SERRANO, GERARDO |
| 58817 | FELCIANO PACHECO, ANGEL |
| 58819 | RIVERA RIOS , ANTONIO R. |
| 58825 | ORTIZ NIEVES, SAMUEL |
| 58837 | BERROCALES (FALLECIDO), ABIMAEL CASTRO |
| 58845 | RIVERA, LYDIA |
| 58880 | ORTIZ VILANOVA, WILFREDO |
| 58887 | FERRER ALMA, CARMEN L. |
| 58904 | ACCUEDO ROSA, GEANOEL |
| 58910 | CRUZ MORALES, HILDA LYNARI |
| 58914 | MARTINEZ, ANGEL |
| 58915 | RAMOS, WILLIAM MORENO |
| 58925 | PEREZ NIEVES, JOSE I. |
| 58975 | VILLANUEVA LAPORTE, DAVID |
| 58977 | TORRES, ANGEL L. |
| 59158 | QUINONEZ, ANTONIO |

| Claim No. | Claimant Name |
|---|---|
| 59292 | HERNANDEZ, RAMFIS |
| 59294 | REYES MENDOZA, ROBERTO |
| 59347 | ADORNOL MONTANEO, JOSE RAFAEL |
| 59366 | OSORIA MOLINA, ANA L. |
| 59367 | ORTIZ, EDWARD |
| 59371 | RAMOS CABNEM, JOSE R. |
| 59431 | TORRES LOPEZ, ANGEL L. |
| 59503 | LUGO ALMADVAR, PEDRO A. |
| 59504 | LAGUER RAMOS, RADAMIS |
| 59513 | MEDADINA, GABRIEL |
| 59514 | ARCHEUAL, GERARDO SAEZ |
| 59532 | RAMEN SANTIAGO, ANA DEBRA |
| 59533 | LEDESMA MARTINEZ, LUIS A |
| 59544 | RODRIGUEZ ROJAS, ARELIS |
| 59548 | CASTRO ALONSO, AMANCIA B. |
| 59607 | ACOEDO OLIVENLIA, EDGARDO |

| Claim No. | Claimant Name |
|---|---|
| 59625 | ACURDO OLIVENCIA, JOSE L. |
| 59638 | GUITERREZ LOPEZ, JOSE |
| 59640 | SERRONO, GERARDO VALLE |
| 59644 | NIEVES PABON, IDALIS G |
| 59691 | COLLADO NEGRON, MANUEL DE JESUS |
| 59731 | FLORES MORALEZ, LUIS |
| 59895 | LASSALLE CHAPARRO, LUIS A. |
| 59899 | RODRIGUEZ RODRIGUEZ, OSDALYZ |
| 60584 | BERROCALES GOMEZ, FLOR |
| 60887 | GARAYUA PACHECO, CARLOS R. |
| 61142 | VERGAS TORRES, DAVID |
| 61479 | VALEZ HOMS, NOEL |
| 62836 | SANCHEZ, MARLIN L |
| 64937 | SOTO RODRIQUEZ, CESAR |
| 64938 | MOJICA, DANIEL RYAN |
| 65643 | RIVERA, ELIEZER |

| Claim No. | Claimant Name |
|---|---|
| 65795 | CARRASQUILLO ORTA, ANGEL G. |
| 66207 | SANABRIA SANCHEZ, LIZ N. |
| 66219 | SANES, MARISOL |
| 66264 | PENA HERNANDEZ, LUIZ A. |
| 66339 | PEREZ AYALA, MORAINA |
| 67252 | GONZALEZ DEL VALE, OLGA G |
| 69061 | LEBRON RODRIQUEZ, CARLOS R. |
| 69274 | SANTANA IRIZARRY, ANGEL S. |
| 69725 | PENA HERNANDEZ, LUZ A. |
| 73425 | TORRES FIGUEROA, MYRIAM |
| 73536 | GUERRERO MISKINIS, LAURA L. |
| 73697 | VLAZQUEZ PIERANTONI, LUIS M. |
| 73933 | VELOZGUEZ FERCADO, LUIS ANTONIO |
| 74309 | ROJAS DIAZ, ANGEL L. |
| 84838 | CARLO RODRIGUEZ, FRANCES |
| 86813 | VELEZ RIVERA, LUIS ONIEL |