**EXHIBIT A**

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Twentieth - Twenty-Third Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | ***Twentieth Interim Fee Period (October 1, 2023 - January 31, 2024)*** | | | | | | | | |
| | *Consultant to Proskauer Rose LLP, Counsel to the FOMB* | | | | | | | | |
| 1 | **David M. Daly [Dkt. No. 28410]** | 10/1/2023 - 1/31/2024 | $ 314,535.00 | $ 1,891.50 | $ 558.92 | $ 127.40 | | $ 312,643.50 | $ 431.52 |
| | ***Twenty-First Interim Fee Period (February 1, 2024 - May 31, 2024)*** | | | | | | | | |
| | *Economic Consultant to FOMB* | | | | | | | | |
| 2 | **Brattle Group, Inc., The [Dkt. No. 28699 and 17-4780 Dkt. No. 5467]** | 2/1/2024 - 5/31/2024 | $ 820,025.63 | $ 105.00 | $ 14,427.60 | $ 2,634.27 | | $ 819,920.63 | $ 11,793.33 |
| | *Consultant to Proskauer Rose LLP, Counsel to the FOMB* | | | | | | | | |
| 3 | **David M. Daly [Dkt. No. 28411]** | 2/1/2024 - 5/31/2024 | $ 136,370.00 | $ 4,459.00 | $ 4,867.48 | $ 2,266.03 | | $ 131,911.00 | $ 2,601.45 |
| | ***Twenty-Second Interim Fee Period (June 1, 2024 - September 30, 2024)*** | | | | | | | | |
| | *Local Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 4 | **Casillas, Santiago & Torres, LLC [Dkt. No. 28447]** | 6/1/2024 - 9/30/2024 | $ 36,979.00 | $ - | $ 1.60 | $ - | | $ 36,979.00 | $ 1.60 |
| | *Special Litigation and Conflicts Counsel to the Official Committee of Unsecured Creditors - PREPA* | | | | | | | | |
| 5 | **Continental PLLC [Dkt. No. 28439]** | 6/1/2024 - 9/30/2024 | $ 29,536.40 | $ - | $ 37.95 | $ - | **FN1** | $ 29,536.40 | $ 37.95 |
| | *Attorneys for PREPA* | | | | | | | | |
| 6 | **King & Spalding LLP [Dkt. No. 28432 and 17-4780 Dkt. No. 5427]** | 6/1/2023 - 9/30/2024 | $ 605,960.30 | $ 25,000.00 | $ - | $ - | | $ 580,960.30 | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 7 | **Zolfo Cooper, LLC [Dkt. No. 28441]** | 6/1/2024 - 9/30/2024 | $ 185,982.50 | $ - | $ - | $ - | | $ 185,982.50 | $ - |
| | ***Twenty-Third Interim Fee Period (October 1, 2024 - January 31, 2025)*** | | | | | | | | |
| | *Local Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 8 | **Casillas, Santiago & Torres, LLC [Dkt. No. 29072]** | 10/1/2024 - 1/31/2025 | $ 21,846.00 | $ - | $ 275.38 | $ - | | $ 21,846.00 | $ 275.38 |
| | *Special Litigation and Conflicts Counsel to the Official Committee of Unsecured Creditors - PREPA* | | | | | | | | |
| 9 | **Continental PLLC [Dkt. No. 29070]** | 10/1/2024 - 1/31/2025 | $ 18,395.60 | $ - | $ - | $ - | **FN2** | $ 18,395.60 | $ - |
| | *Attorneys for PREPA* | | | | | | | | |
| 10 | **King & Spalding LLP [Dkt. No. 29053 and 17-4780 Dkt. No. 5564]** | 10/1/2024 - 1/31/2025 | $ 112,368.00 | $ - | $ - | $ - | | $ 112,368.00 | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 11 | **London Economics International LLC [Dkt. No. 29064]** | 10/1/2024 - 1/31/2025 | $ 63,588.50 | $ - | $ 1,189.11 | $ - | | $ 63,588.50 | $ 1,189.11 |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | | |
| 12 | **Marini Pietrantoni Muniz LLC [17-4780 Dkt. No. 5500]** | 7/1/2024 - 12/31/2024 | $ 97,150.50 | $ 725.25 | $ 302.83 | $ - | | $ 96,425.25 | $ 302.83 |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 13 | **Zolfo Cooper, LLC [Dkt. No. 29066]** | 10/1/2024 - 1/31/2025 | $ 53,206.00 | $ - | $ - | $ - | | $ 53,206.00 | $ - |

**FN1** - The full amount of fees incurred by Continental during the Application Period total $36,920.50. Continental agreed to a voluntary fee reduction equal to 20% in the amount of $7,384.10 and, thereby, seeks allowance and payment of fees in the amount of $29,536.40.

**FN2** - The full amount of fees incurred by Continental during the Application Period total $22,994.50. Continental agreed to a voluntary fee reduction equal to 20% in the amount of $4,598.90 and, thereby, seeks allowance and payment of fees in the amount of $18,395.60.