**EXHIBIT B**

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Applications Recommended:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Investment Banker to the Debtors* | | | | | | | | |
| 1 | **Moelis & Company LLC [Dkt. No. 27662 AND 17-4780 Dkt. No. 5255]** | 4/15/2022 - 8/9/2023 | *previously approved D.I. 27078* | n/a | $ 3,907.50 | $ - | | n/a | $ 3,907.50 |
| | *Puerto Rico Counsel to the FOMB - CW, ERS, PBA* | | | | | | | | |
| 2 | **O'Neill & Borges LLC [Dkt. No. 27072; 17-3566 Dkt. No. 1429; 19-5523 Dkt. No. 377]** | 5/3/2017 - 3/15/2022 | $ 3,653,714.65 | $ (4,287.15) | $ 68,616.55 | $ - | **FN1** | $ 3,658,001.80 | $ 68,616.55 |

**FN1** - The Final Application requested compensation for estimated fees of $4,000.00 for preparation of the application. The actual fees reported (and recommend for approval) total $4,287.15.