# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**RE: ECF No. 30395, 30396, 30601** |

**URGENT CONSENSUAL MOTION FOR EXTENSION OF DEADLINE TO RESPOND**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), in its capacity as sole Title III representative for the Commonwealth pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits this urgent consensual motion (the "Urgent Motion") for entry of an order, substantially in the form

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (v) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On October 30, 2024, the Title III case for the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) was closed.

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

attached hereto as **Exhibit A** (the "Proposed Order"), further extending through March 4, 2026 the deadline originally set forth in the *Order Scheduling Briefing of Motion for Relief from Automatic Stay* [ECF No. 30396] (the "Scheduling Order") and subsequently extended as set forth in the *Order Granting Urgent Consensual Motion for Extension of Deadlines* [ECF No. 30601] (the "Extension Order").

### Background and Request for Relief

1.     On December 10, 2025, Mr. Gelabel Monserrate-Torres (the "Movant") filed the *Motion for Relief from Automatic Stay* [ECF No. 30395] (the "Motion"), requesting relief from the automatic stay to allow continuation of civil proceedings filed against the Puerto Rico National Guard pending before the Puerto Rico Court of First Instance, captioned *Gelabel Monserrate-Torres v. Guardia Nacional de Puerto Rico, et al.*, under Civil Case No. SJ2020CV01624 (the "Litigation").

2.     Thereafter, counsel for the Oversight Board moved for extensions of the response deadline which the Court granted by separate orders entered, respectively, on January 7, 20,[3] and February 3, 2026 ultimately extending the deadline to February 18, 2026, pursuant to the Extension Order.

3.     Counsel for the Oversight Board and counsel for the Movant have continued to confer the issues raised by the Motion.  In order to afford time for the parties to continue discussing those issues, the parties agreed to a further two-week extension of the deadlines set forth in the Scheduling Order.

---

[3]     *See Order Granting Urgent Consensual Motion for Extension of Deadline to Respond* [ECF No. 30484]; and *Order Granting Urgent Consensual Motion for Extension of Deadline to Respond* [ECF No. 30540].

4.      The Commonwealth, with the Movant's consent, therefore proposes that its response deadline be extended through and including **March 4, 2026** at 5:00 p.m. (Atlantic Time).

5.      Pursuant to Paragraph I.H of the *Twenty-First Amended Notice, Case Management and Administrative Procedures* [ECF No. 30223] (the "Case Management Procedures"), the Commonwealth hereby certifies that it has carefully examined the matter and concluded that there is a true need for an urgent motion; it has not created the urgency through any lack of due diligence; has made a bona fide effort to resolve the matter without a hearing; has made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court, and Movant consents to the request in this urgent motion.

## Notice

6.      The Commonwealth has provided notice of this motion in accordance with the Case Management Procedures to the following parties: (a) the Office of the United States Trustee for the District of Puerto Rico; (b) the indenture trustees and/or agents, as applicable, for the Debtors' bonds; (c) the entities on the list of creditors holding the 20 largest unsecured claims against COFINA; (d) counsel to the statutory committees appointed in these Title III cases; (e) the Office of the United States Attorney for the District of Puerto Rico; (f) counsel to the Oversight Board; (g) the Puerto Rico Department of Justice; (h) all parties filing a notice of appearance in these Title III cases; and (i) Movant.  A copy of the motion is also available on the Debtors' case website at: https://cases.ra.kroll.com/puertorico/.

7.      The Commonwealth submits that, in light of the nature of the relief requested, no other or further notice need be given.

**WHEREFORE** the Commonwealth requests the Court enter the Proposed Order and grant such other relief as is just and proper.

3

[*Remainder of page intentionally left blank*]

Dated: February 18, 2026
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
Gabriel A. Miranda-Rivera
USDC No. 306704
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

/s/ *Laura Stafford*
Martin J. Bienenstock
Brian S. Rosen
Laura Stafford
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
      brosen@proskauer.com
      lstafford@proskauer.com

*Attorneys for the Financial Oversight
and Management Board as representative
for the Commonwealth of Puerto Rico*

5

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>Re: ECF No. _____<br><br>(Jointly Administered) |

ORDER GRANTING URGENT CONSENSUAL MOTION FOR EXTENSION OF DEADLINES

     Upon the *Urgent Consensual Motion for Extension of Deadlines* [ECF No. _____]

(the "Extension Motion");[2] and the Court having found it has subject matter jurisdiction over this

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (v) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On October 30, 2024, the Title III case for the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) was closed.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

1

matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper

pursuant to PROMESA section 307; and the Court having found that the relief requested in the

Extension Motion is in the best interests of the Commonwealth and the Movant; and the Court

having found that the Commonwealth provided adequate and appropriate notice of the Extension

Motion under the circumstances and that no other or further notice is required; and the Court

having reviewed the Extension Motion; and the Court having determined that the factual bases

set forth in the Extension Motion establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1.  The Extension Motion is GRANTED as set forth herein.

2.  Responsive papers to the Motion, if any, must be filed by March 4, 2026,

at 5:00 pm AT.

3.  Movant's reply papers, if any, must be filed by March 11, 2026, at 5:00

pm AT.

Dated: _____, 2026

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT JUDGE

2